# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# SAN ANTONIO DIVISION

| | | |
|---|---|---|
| FERNANDO RODRIQUEZ, JR., | § | |
| Plaintiff | § | |
| | § | CIVIL ACTION NO. 5:11-cv-00444-FB |
| vs. | § | |
| | § | |
| JACOB LAW GROUP, PLLC | § | |
| AKA JACOB COLLECTION | § | |
| GROUP, LLC AND | § | |
| MICHAEL JACOB, | § | |
| Defendant | § | |

## NOTICE OF DISMISSAL PURSUANT TO SETTLEMENT

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

**NOTICE IS HEREBY GIVEN** that Plaintiff has filed with the Clerk of the District Court, Western District of Texas, Plaintiff's Notice of Dismissal of Case With Prejudice, a copy of which is herewith served upon Defendant.

Respectfully submitted,

By: /s/Dennis R. Kurz
Dennis R. Kurz
Texas State Bar # 24068183
Southern District Bar No. 1045205
Attorney in Charge for Plaintiffs

WEISBERG & MEYERS, L.L.C.
Two Allen Center
1200 Smith Street
16th Floor
Houston, TX 77002
(888) 595-9111 ext. 412
(866) 842-3303 (fax)

## **CERTIFICATE OF SERVICE**

     I certify that on August 19, 2011, I electronically filed the foregoing document with the clerk of the U.S. District Court, Western District of Texas, San Antonio Division using the electronic case filing system of the court.

                                                <u>/s/  Dennis R. Kurz</u>
                                                Dennis R. Kurz